IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRANCE LAMONT BRITTON**  **PLAINTIFF**
**#W32776**

v.  Case No. 4:22-cv-00639-KGB

**DOES**  **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On January 20, 2023, the Court ordered plaintiff Terrance Britton to: (1) pay the statutory filing fee of $402.00; or (2) file a properly completed application to proceed *in forma pauperis*, with the required calculation sheet signed by an authorized official at the Santa Rosa Correctional Institution Annex, within 30 days (Dkt. No. 2, at 3). The Court also apprised Mr. Britton that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Britton: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. The Court further informed Mr. Britton that Local Rule 5.5 also provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case (*Id.*, at 2).

Mr. Britton did not pay the statutory filing fee of $402.00, file a properly completed application to proceed *in forma pauperis*, or otherwise respond to the Court's January 20, 2023, Order. Given Mr. Britton's failure to comply with an Order of this Court and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Mr. Britton's complaint. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

It is so ordered this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge