# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRANCE LAMONT BRITTON**  **PLAINTIFF**
**#W32776**

v.  **Case No. 4:22-cv-00639-KGB**

**DOES**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Terrance Lamont Britton's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge